

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Stefan Rainer Forkert,                          * From the 238th District Court
                                                  of Midland County
                                                  Trial Court No. CR47750.

Vs. No. 11-16-00279-CR                          * October 4, 2018

The State of Texas,                             * Memorandum Opinion by Simmons, F.J.
                                                  (Panel consists of: Bailey, C.J.,
                                                  Simmons, F.J., sitting by assignment,
                                                  and Wright, S.C.J., sitting by
                                                  assignment)
                                                  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.